■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG MCCLENDON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Spodek, J.), rendered February 16, 1983, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

At the time of sentencing defendant sought to withdraw his plea, making a conclusory allegation that it had been the product of coercion. In view of the complete allocution of defendant's guilty plea before the same Judge, and the fact that defendant made no showing in support of his conclusory assertion, Criminal Term properly proceeded to impose sentence without making further inquiry *(see, People v Brown,* 110 AD2d 902). Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD D. MEANEY, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County (Edelstein, J.), rendered June 15, 1983, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Having failed to seek vacatur of his plea before Criminal Term either prior to or at the time of sentence, the issue raised by defendant as to the sufficiency of the plea allocution has not been preserved for review as a matter of law *(People v Pellegrino,* 60 NY2d 636). Nor do we find any basis in this record for review in the interest of justice *(People v Harris,* 61 NY2d 9). Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.